THE TOWN OF WINDSOR, Respondent, *v.* THE PRESIDENT,
MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON
CANAL COMPANY, Appellant.

*Town of Windsor* v. *D. & H. C. Co.*, 92 Hun, 127, affirmed.
(Argued February 2, 1898; decided March 1, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fourth judicial department, entered
January 14, 1896, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Lewis E. Carr* for appellant.

*H. S. Williams* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.

---

ANTHONY SOLARZ, Respondent, *v.* THE MANHATTAN RAILWAY
COMPANY, Appellant.

155b 645
e164 554

*Solarz* v. *Manhattan Ry. Co.*, 11 Misc. Rep. 715, affirmed.
(Argued February 3, 1898; decided March 1, 1898.)

APPEAL from a judgment of the General Term of the
late Superior Court of the city of New York, entered Janu-
ary 26, 1895, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*Julien T. Davies* and *Joseph H. Adams* for appellant.

*John J. Delany* for respondent.

Judgment affirmed, with costs.
All concur, except GRAY, J., absent.